# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTOPHER BLOCK and MICHAEL G. MURPHY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br><br>RED LOBSTER RESTAURANTS LLC, RED LOBSTER HOSPITALITY LLC,<br><br>Defendants. | Case No. 19-CV-1434 |

## NOTICE OF SETTLEMENT

Plaintiffs Christopher Block and Michael Murphy, by and through their undersigned counsel, hereby advise this Honorable Court they have reached an agreement in principle with Defendants Red Lobster Restaurants LLC, and Red Lobster Hospitality LLC. The parties are finalizing settlement documents and expect to file a stipulation of dismissal within 30 days.

Dated: February 26, 2020

Respectfully Submitted,

**KAMBERLAW LLC**
*/s/ Adam C. York*
Adam C. York (6294143)
ayork@kamberlaw.com
Michael Aschenbrener (6292306)
masch@kamberlaw.com
220 N. Green Street
Chicago, IL 60607
Telephone: 212-920-3072

**THE SWEET LAW FIRM, P.C.**
Benjamin J. Sweet, Esq.
1145 Bower Hill Road, Suite 104
Pittsburgh, Pennsylvania 15243
Telephone: 412-857-5350
ben@sweetlawpc.com

**NYE, STIRLING, HALE &
MILLER, LLP**
Jonathan D. Miller, Esq.
33 W. Mission Street, Suite 201
Santa Barbara, CA 93101
Telephone: (805) 963-2345
jonathan@nshmlaw.com

*Attorneys for Plaintiffs*